UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TIMOTHY L. HUBBARD,
individually,

    Plaintiff,

v.

INTEVA PRODUCTS, LLC,

    Defendant.
_____/

Case No. 08-14746
Hon. Patrick J. Duggan
Mag. Judge R. Steven Whalen

| | |
|---|---|
| GREGORY T. WORKER (P44162)<br>Worker, PC<br>Attorney for Plaintiff<br>7577 US 12<br>Onsted, MI 49465<br>(517) 467-1000<br>workerst@yahoo.com | MARTIN C. BROOK (P55946)<br>GILLIAN P. YEE (P68972)<br>Ogletree, Deakins, Nash,<br>  Smoak & Stewart, PLLC<br>Attorneys for Defendant<br>33 Bloomfield Hills Parkway, Suite 120<br>Bloomfield Hills, MI 48304<br>(248) 593-6400<br>martin.brook@ogletreedeakins.com<br>gillian.yee@olgetreedeakins.com |

**STIPULATED ORDER OF DISMISSAL
WITHOUT PREJUDICE OR COSTS**

At a session of said Court held in the Courthouse, in the City of Detroit, County of Wayne, State of Michigan on December 16, 2008, 2008.

PRESENT:   Hon. Patrick J.Duggan
                 U.S. District Court Judge

Pursuant to the stipulation between the parties and the Court being fully advised in the premises;

      IT IS HEREBY ORDERED that the above-entitled case is dismissed without prejudice or costs to any party. This is a final order which disposes of all claims in this case.

                                  S/Patrick J. Duggan
                                  Patrick J. Duggan
                                  United States District Judge

Dated: December 16, 2008
 December 16, 2008

I hereby certify that a copy of the foregoing document was served upon counsel of record on December 16, 2008 December 16, 2008, by electronic and/or ordinary mail.

                                  S/Marilyn Orem
                                  Case Manager


Approved as to form:

*s/Gregory T. Worker (w/consent)*
Gregory T. Worker (P44162)
Worker, PC
Attorney for Plaintiff
7577 US 12
Onsted, MI 49465
(517) 467-1000


*s/Martin C. Brook*
Martin C. Brook (P55946)
Ogletree, Deakins, Nash,
Smoak & Stewart, PLLC
Attorneys for Defendant
33 Bloomfield Hills Parkway, Ste. 120
Bloomfield Hills, Michigan 48304
(248) 593-6400


6846348.1 (OGLETREE)